JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE CARLOS RODRIGUEZ, | ) | Case No. CV 11-1339-CJC (PJW) |
| Plaintiff, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| C. WU, et al., | ) ) | |
| Defendants. | ) ) ) | |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: <u>August 14, 2012</u>.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment Re Rodriguez v. Wu.wpd